ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 29 2003

at ___ o'clock and ___ min. ___M
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | MAG. NO. 03-749 BMK |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CRIMINAL COMPLAINT |
| | ) | |
| LI'A OLIONE, | ) | |
| | ) | |
| Defendant. | ) | |

### CRIMINAL COMPLAINT

I, the undersigned complainant, being duly sworn state the following is true and correct to the best of my knowledge and belief.

On or about July 22, 2003, in the District of Hawaii, the defendant LI'A OLIONE did move and travel in interstate commerce with intent to avoid prosecution for committing the following crimes among others:

1) Kidnapping, in violation of Hawaii Revised Statute § 707-720(1)(d); and

2) Sexual assault in the first degree, in violation of Hawaii Revised Statute § 707-730(1)(c);

All in violation of Title 18, United States Code, Section 1073.

I further state that I am a Special Agent with the FBI and that this complaint is based on information received from the Department of the Attorney General, State of Hawaii, as set forth in the attached affidavit that is incorporated herein by reference.

_____
CHONG S. CHO, Special Agent, FBI

Sworn to before me, and subscribed in my presence:
September 26, 2003 at Honolulu, Hawaii.

_____
United States Magistrate Judge
District of Hawaii

SEALED
BY ORDER OF THE COURT

## AFFIDAVIT

CHONG S. CHO, after being duly sworn, deposes and states as follows:

1. I am a Special Agent (SA) with the FEDERAL BUREAU OF INVESTIGATION (FBI) and have been so employed for approximately two and a half years. I am currently assigned to the Violent Crime Squad of the Honolulu Division.

2. This affidavit is made in support of a Criminal Complaint against LI'A OLIONE for a violation of Title 18, United States Code, Section 1073.

3. The Department of the Attorney General, State of Hawaii, has conducted an investigation of LI'A OLIONE that has revealed the following information:

A. that on or about June 14, 2003, through and including June 15, 2003, in the State of Hawaii, while being employed as a Youth Corrections Officer at the Hawaii Youth Correctional Facility, OLIONE did knowingly restrain imprisoned minor child S.M., by force, threat, and deception with intent to have sexual contact with her, thereby committing kidnaping in violation of Hawaii Revised Statute § 707-720(1)(d); and

B. that on or about June 14, 2003, through and including June 15, 2003, in the State of Hawaii, OLIONE did knowingly engage in sexual penetration with minor child S.M., who was more than 14 years old but less than 16 years old, thereby committing Sexual Assault in the first degree, in violation of Hawaii Revised Statute § 707-730(1)(c).

C. that after learning of this incident, the Department of the Attorney General placed OLIONE on leave without pay and began a criminal investigation of him. On June 27, 2003, an investigator from the Department of the Attorney General attempted to interview OLIONE. OLIONE acknowledged that he was aware of the allegations made by female inmates but he refused to provide any further statements.

D. According to the manager of OLIONE'S residence located at 94-494 Farrington Highway in Waipahu, Hawaii, OLIONE and his family moved out of that residence on July 22, 2003, and then moved to American Samoa. That information was corroborated by OLIONE'S niece who stated that her uncle had moved to American Samoa. A check with the United States Post Office revealed that

OLIONE did not leave a forwarding address with the U.S. Postal Service.

    4. On September 16, 2003, an Indictment was returned against LI'A OLIONE by a State of Hawaii Grand Jury in State of Hawaii, Criminal Case 03-1-2006. The Indictment, attached hereto and incorporated herein as Exhibit "A", charges OLIONE with the following counts:

    Count I - Kidnapping, in violation of Sections 707-720(1)(d), Hawaii Revised Statutes (H.R.S.).

    Count II - Sexual Assault in the Third Degree, in violation of Sections 707-730(1)(c) and (e), H.R.S.

    Count III - Sexual Assault in the First Degree, in violation of Sections 707-730(1)(c), H.R.S.

    Count IV - Sexual Assault in the First Degree, in violation of Sections 707-730(1)(c), H.R.S.

    Count V - Sexual Assault in the First Degree, in violation of Sections 707-730(1)(c), H.R.S.

    Count VI - Kidnapping, in violation of Sections 707-720(1)(d), H.R.S.

    Count VII - Kidnapping, in violation of Sections 707-720(1)(d), H.R.S.

    Count VIII - Terroristic Threatening in the First Degree, in violation of Sections 707-715(1) and 707-716(1)(a), H.R.S.

    Count IX - Extortion in the Second Degree, in violation of Sections 707-766(b), 707-764(1)(i), and 707-764(2), H.R.S.

    Count X - Criminal Solicitation, in violation of Sections 705-510(1) and 710-1017(1)(a), H.R.S.

    5. On September 16, 2003, a Bench Warrant, attached and incorporated hereto as Exhibit "B", was issued for OLIONE in the State of Hawaii. The State of Hawaii, however, does not have jurisdiction to arrest OLIONE in American Samoa.

    6. Based on the foregoing, I believe there is probable cause to believe that:

        A. OLIONE committed the conduct charged in the indictment;

        B. OLIONE knew, at least by June 27, 2003, when he was interviewed by the investigator from the Department of Attorney General, that he was being investigated for the crimes later charged in the indictment and that it was probable that there would soon be a prosecution of him for the crimes alleged therein; and

        C. to avoid being apprehended pursuant to that impending prosecution, OLIONE moved and traveled in interstate commerce by traveling from Hawaii to American Samoa and, in doing so, violated Title 18, United States Code, Section 1073.

FURTHER AFFIANT SAYETH NAUGHT

_____
CHONG S. CHO
Special Agent/FBI


Subscribed and Sworn to Before Me
this 26th Day of September, 2003.

_____
United States Magistrate Judge
District of Hawaii

MARK J. BENNETT                2672
Attorney General of Hawaii
KURT W. SPOHN                  4415
Deputy Attorney General
Department of the Attorney
  General, State of Hawaii
425 Queen Street, Third Floor
Honolulu, Hawaii 96813
Telephone: 808-586-1160
Facsimile: 808-586-1375

RECEIVED
STATE OF HAWAII
ATTORNEY GENERAL
CRIMINAL JUSTICE DIV.

2003 SEP 17 P 2: 36

Indictment Presented
and Filed

SEP 1 6 2003     12:43P M
Date              Time

C. ASATO, Clerk
FIRST CIRCUIT COURT, STATE OF HAWAII

Attorneys for the State of Hawaii

IN THE CIRCUIT COURT OF THE FIRST CIRCUIT

STATE OF HAWAII

| STATE OF HAWAII, | ) CR. NO. 03-1-2006 |
|---|---|
| Plaintiff, | ) COUNT I: |
|  | ) KIDNAPPING |
| vs. | ) (§707-720(1)(d), H.R.S.) |
|  | ) (A.G. NO. 03-11849) |
| LI'A OLIONE aka OLI, |  |
|  | ) COUNT II: |
| Defendant. | ) SEXUAL ASSAULT IN THE THIRD |
|  | ) DEGREE |
|  | ) (§707-730(1)(c) and (e), H.R.S.) |
|  | ) (A.G. NO. 03-11849-1) |
|  |  |
|  | ) COUNT III: |
|  | ) SEXUAL ASSAULT IN THE FIRST |
|  | ) DEGREE |
|  | ) (§707-730(1)(c), H.R.S.) |
|  | ) (A.G. NO. 03-11849-2) |
|  |  |
|  | ) COUNT IV: |
|  | ) SEXUAL ASSAULT IN THE FIRST |
|  | ) DEGREE |
|  | ) (§707-730(1)(c), H.R.S.) |
|  | ) (A.G. NO. 03-11849-3) |
|  | ) |

# Exhibit A

```
) COUNT V:
) SEXUAL ASSAULT IN THE FIRST
) DEGREE
) (§707-730(1)(c), H.R.S.)
) (A.G. NO. 03-11849-4)
)
) COUNT VI:
) KIDNAPPING
) (§707-720(1)(e), H.R.S.)
) (A.G. NO. 03-11849-5)
)
) COUNT VII:
) KIDNAPPING
) (§707-720(1)(e), H.R.S.)
) (A.G. NO. 03-11849-6)
)
) COUNT VIII:
) TERRORISTIC THREATENING IN THE
) FIRST DEGREE
) (§§707-715(1) and 707-716(1)(a), H.R.S.)
) (A.G. NO. 03-11849-7)
)
) COUNT IX:
) EXTORTION IN THE SECOND DEGREE
) (§§707-766(b), 707-764(1)(i) and 707-764(2),
) H.R.S.)
) (A.G. NO. 03-11849-8)
)
) COUNT X:
) CRIMINAL SOLICITATION
) (§§705-510(1) and 710-1017(1)(a), H.R.S.)
) (A.G. NO. 03-11849-9)
)
) INDICTMENT
```

## INDICTMENT

COUNT I: That on or about the 14th day of June, 2003, through and including the 15th day of June, 2003, in the City and County of Honolulu, State of Hawaii, Li'a Olione, also known as "Oli", did knowingly restrain S.M., an imprisoned person under the age of eighteen years, by force, threat, and deception and without the consent of the Executive

Director of the Office of Youth Sevices, the person having lawful custody of her, with intent to subject her to a sexual offense, thereby committing the offense of Kidnapping, in violation of section 707-720 (1) (d), Hawaii Revised Statutes.

COUNT II: That on or about the 14th day of June, 2003, through and including the 15th day of June, 2003, in the City and County of Honolulu, State of Hawaii, Li'a Olione, also known as "Oli", did knowingly engage in sexual contact with S.M., a person who was at least fourteen years old but less than sixteen years old, who was more than five years younger than Li'a Olione, and who was not legally married to Li'a Olione, by knowingly touching her breasts with his mouth and his hands, and, while employed in a state correctional facility, did knowingly subject S.M., an imprisoned person, to sexual contact by knowingly touching her breasts with his mouth and his hands, thereby committing the offense of Sexual Assault in the Third Degree, in violation of section 707-732 (1) (c) and (e), Hawaii Revised Statutes.

COUNT III: That on or about the 14th day of June, 2003, through and including the 15th day of June, 2003, in the City and County of Honolulu, State of Hawaii, Li'a Olione, also known as "Oli", did knowingly engage in sexual penetration with S.M., a person who was at least fourteen years old but less than sixteen years old, who was more than five years younger than Li'a Olione, and who was not legally married to Li'a Olione, by knowingly inserting his finger into her vagina, thereby committing the offense of Sexual Assault in the First Degree, in violation of section 707-730 (1) (c), Hawaii Revised Statutes.

COUNT IV: That on or about the 14th day of June, 2003, through and including the 15th day of June, 2003, in the City and County of Honolulu, State of Hawaii, Li'a

Olione, also known as "Oli", did knowingly engage in sexual penetration with S.M., a person who was at least fourteen years old but less than sixteen years old, who was more than five years younger than Li'a Olione, and who was not legally married to Li'a Olione, by knowingly inserting his tongue into her vagina, thereby committing the offense of Sexual Assault in the First Degree, in violation of section 707-730 (1) (c), Hawaii Revised Statutes.

COUNT V: That on or about the 14th day of June, 2003, through and including the 15th day of June, 2003, in the City and County of Honolulu, State of Hawaii, Li'a Olione, also known as "Oli", did knowingly engage in sexual penetration with S.M., a person who was at least fourteen years old but less than sixteen years old, who was more than five years younger than Li'a Olione, and who was not legally married to Li'a Olione, by knowingly inserting his penis into her vagina, thereby committing the offense of Sexual Assault in the First Degree, in violation of section 707-730 (1) (c), Hawaii Revised Statutes.

COUNT VI: That on or about the 18th day of June, 2003, in the City and County of Honolulu, State of Hawaii, Li'a Olione, also known as "Oli", did knowingly restrain S.M., an imprisoned person under the age of eighteen years, without the consent of the Executive Director of the Office of Youth Services, the person having lawful custody of her, with intent to terrorize her, thereby committing the offense of Kidnapping, in violation of section 707-720 (1) (e), Hawaii Revised Statutes.

COUNT VII: That on or about the 20th day of June, 2003, in the City and County of Honolulu, State of Hawaii, Li'a Olione, also known as "Oli", did knowingly restrain S.M., an imprisoned person under the age of eighteen years, without the consent of the

Executive Director of the Office of Youth Services, the person having lawful custody of her, with intent to terrorize her, thereby committing the offense of Kidnapping, in violation of section 707-720 (1) (e), Hawaii Revised Statutes.

COUNT VIII: That, in the alternative to Counts VI and VII, on or about the 18th day of June and the 20th day of June, 2003, in the City and County of Honolulu, State of Hawaii, Li'a Olione, also known as "Oli", did threaten, by word and conduct, to cause bodily injury to S.M. or to commit a felony, with the intent to terrorize, or in reckless disregard of the risk of terrorizing, S.M., by threatening her on more than one occasion for the same or similar purpose of deterring her from reporting his sexual behavior with a ward of the Hawaii Youth Correctional Facility, thereby committing the offense of Terroristic Threatening in the First Degree, in violation of sections 707-715 (1) and 707-716(1)(a), Hawaii Revised Statutes.

COUNT IX: That on or about the 18th day of June, 2003, in the City and County of Honolulu, State of Hawaii, Li'a Olione, also known as "Oli", did intentionally induce S.M. to engage in conduct from which she had a legal right to abstain, writing a false a Hawaii Youth Correctional Facility Internal Communication Form, by threatening by word or conduct to take action as a public servant, a Youth Correctional Officer, thereby committing the offense of Extortion in the Second Degree, in violation of sections 707-766(b), 707-764(1)(i) and 707-764(2), Hawaii Revised Statutes.

COUNT X: That on or about the 18th day of June, 2003, in the City and County of Honolulu, State of Hawaii, Li'a Olione, also known as "Oli", did, with the intent to promote the commission of the crime of Tampering With a Government Record, command, encourage, or request S.M. to knowingly and falsely make, complete, or alter,

a written instrument, a Hawaii Youth Correctional Facility Internal Communication Form, which is or purports to be a government record, thereby committing the offense of Criminal Solicitation, in violation of sections 705-510(1) and 710-1017(1)(a), Hawaii Revised Statutes.

DATED: Honolulu, Hawaii, September 16, 2003.

_____
KURT W. SPOHN'
Deputy Attorney General

/s/ _____
Foreperson of the Grand Jury

| Circuit Court of the First Circuit State of Hawai'i | GRAND JURY BENCH WARRANT | 03-1-2006 Criminal Number |
|---|---|---|

STATE OF HAWAI'I TO: ANY LAW ENFORCEMENT OFFICER AUTHORIZED BY LAW TO EXECUTE WARRANTS OF ARREST IN THE STATE OF HAWAI'I

The Grand Jury of the this court has duly PRESENTED AND FILED AN INDICTMENT against the defendant charging said defendant with committing the offense(s) indicated below:

YOU ARE COMMANDED to arrest and bring the defendant before this court as soon as possible.

NOTE: This warrant shall not be executed between the hours of 10:00 p.m. and 7:00 a.m. on premises not open to the public, unless authorized in writing by a Judge of this court.

| DEFENDANT TO APPEAR BEFORE JUDGE: DAN KOCHI | KA'AHUMANU HALE 777 PUNCHBOWL STREET HONOLULU, HI 96813 COURTROOM: 4 | DATE 09/16/03 | JUDGE DAN T. KOCHI |
|---|---|---|---|

SPECIAL INSTRUCTIONS

[XX] BAIL SET AT $ 520,000 aggregate
[ ] DEFENDANT MAY BE RELEASED ON OWN RECOGNIZANCE AFTER ARREST.

POLICE DEPARTMENT: As soon as possible after arrest please telephone Circuit Court (539-4208) to advise of arrest and to set court date. Return Original Bench Warrant and pink copy of the police report to: Circuit Court Criminal Assignment Clerk.

DEFENDANT: If you are released from custody by this Court Order, with or without bail, it is upon condition that you will subsequently appear in Court for all proceedings in connection with the charge(s) in this case. FAILURE TO APPEAR MAY SUBJECT YOU TO PROSECUTION FOR BAIL JUMPING which can be a felony with a five-year term of incarceration.

| STATE OF HAWAI'I VS (DEFENDANT) | Charge(s) in Indictment | Police Report No(s). |
|---|---|---|
| LI'A OLIONE aka OLI<br><br>SSN# 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<br>DOB: 06-15-1959<br><br><br>LAST KNOWN ADDRESS:<br>94-494 Farrington Highway<br>Waipahu, Hawaii 96797<br>Phone: 676-1100 | COUNT I:<br>KIDNAPPING(§707-720(1)(d), H.R.S.)<br>COUNT II:<br>SEXUAL ASSAULT IN THE THIRD DEGREE)<br>COUNT III:<br>SEXUAL ASSAULT IN THE FIRST DEGREE(§707-730(1)(c), H.R.S.)<br>COUNT IV:<br>SEXUAL ASSAULT IN THE FIRST DEGREE(§707-730(1)(c), H.R.S.)<br><br>SEE ATTACHED | (A.G. NO. 03-11849)<br><br>(A.G. NO. 03-11849-1)<br><br>(A.G. NO. 03-11849-2)<br><br><br>(A.G. NO. 03-11849-3) |

OFFICER'S RETURN

DEFENDANT WAS ARRESTED AS INDICATED

| DATE OF ARREST | TIME | PLACE |
|---|---|---|
| DATE | ARRESTING OFFICE | |

[ ] DISTRIBUTION  [ ] ORIG FILE AFTER SERVICE  [ ] DE

**Exhibit B**

GRAND JURY BENCH WARRANT 1C-P-253
ca

GRAND JURY BENCH WARRANT    CR. NO. 03-1-2006
STATE OF HAWAII V. LI'A OLIONE, aka OLI
Page 2

COUNT V:
SEXUAL ASSAULT IN THE FIRST DEGREE    (A.G. NO. 03-11849-4)

COUNT VI:
KIDNAPPING    (A.G. NO. 03-11849-5)

COUNT VII:
KIDNAPPING    (A.G. NO. 03-11849-6)

COUNT VIII:
TERRORISTIC THREATENING IN
THE FIRST DEGREE    (A.G. NO. 03-11849-7)

COUNT IX:
EXTORTION IN THE SECOND DEGREE    (A.G. NO. 03-11849-8)

COUNT X:
CRIMINAL SOLICITATION    (A.G. NO. 03-11849-9)