EDWARD H. KUBO, JR. # 2499
United States Attorney
District of Hawaii

MARSHALL SILVERBERG # 5111
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Telephone: 541-2850
Email: Marshall.Silverberg@usdoj.gov

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 2 9 2003

at ___ o'clock and ___ min. ___ M
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | MAG. NO. 03-749 BMK |
| Plaintiff, ) | |
| ) | EX PARTE MOTION TO SEAL |
| ) | COMPLAINT AND AFFIDAVIT; |
| vs. ) | ORDER GRANTING MOTION TO SEAL |
| ) | COMPLAINT AND AFFIDAVIT |
| LI'A OLIONE, ) | |
| ) | |
| Defendant. ) | |

EX PARTE MOTION TO SEAL COMPLAINT AND AFFIDAVIT

The United States of America hereby moves this Court for an order sealing the complaint and affidavit in the captioned matter on the ground that the defendant is believed to be a fugitive who has fled to avoid an impending prosecution and if he learns that he has now been indicted by the State of Hawaii he might flee again before he can be arrested.

DATED:  Honolulu, Hawaii, September 26, 2003.

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

By _____
MARSHALL SILVERBERG
Assistant U.S. Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

SEALED
BY ORDER OF THE COURT

EDWARD H. KUBO, JR. # 2499
United States Attorney
District of Hawaii

MARSHALL SILVERBERG # 5111
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii  96850
Telephone: 541-2850
Email: Marshall.Silverberg@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    vs.<br><br>LI'A OLIONE,<br><br>        Defendant. | MAG. NO. 03-749 BMK<br><br>ORDER GRANTING MOTION TO SEAL COMPLAINT AND AFFIDAVIT |

ORDER GRANTING MOTION TO SEAL COMPLAINT AND AFFIDAVIT

The Court, having considered the United States of America's Ex Parte Motion to Seal Complaint and Affidavit, and good cause appearing therefor,

IT IS HEREBY ORDERED that the complaint and affidavit in the captioned matter be sealed until such time as the defendant is arrested.

DATED: September 24, 2003, at Honolulu, Hawaii.

BARRY M. KURREN
United States Magistrate Judge
District of Hawaii