# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

9/30/2003  4:30 pm

WALTER A.Y.H. CHINN, CLERK

CASE NUMBER:      MAG03-0749BMK

CASE NAME:        USA v. Lia Olione

ATTYS FOR PLA:    Marshall Silverberg

ATTYS FOR DEFT:   Donna Gray, Special Appearance

INTERPRETER:

---

JUDGE:   Kevin S. C. Chang          REPORTER:   C5 - tape #1174

DATE:    9/30/2003                  TIME:       3:06-3:08pm

---

COURT ACTION:  EP: Initial Appearance - defendant present, in custody. Donna Gray making a special appearance as defendant's counsel. Government's oral request to unseal case is granted. Government moves to dismiss this case without prejudice pursuant to 48(a).

Submitted by: Shari Afuso, Courtroom Manager

G:\docs\snm\Lia Olione,sa.wpd