ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 01 2003

at 1 o'clock and 35 min. PM
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | MAG. NO. 03-749 BMK |
| Plaintiff, | ) | |
| | ) | WARRANT FOR ARREST |
| vs. | ) | |
| LI'A OLIONE | ) | |
| Defendant. | ) | |

RECEIVED
2003 SEP 29 PM 1:38
U.S. MARSHAL'S SERVICE
HONOLULU, HI.

WARRANT FOR ARREST

TO: ANY DULY AUTHORIZED LAW ENFORCEMENT OFFICER

You are hereby commanded to arrest LI'A OLIONE and bring him forthwith to the nearest United States Magistrate Judge to answer a complaint charging him with moving and traveling in interstate commerce with intent to avoid prosecution for crimes committed in violation of the laws of the Sate of Hawaii, all in violation of Title 18 U.S.C. § 1073.

Issued this 26th day of September, 2003, at Honolulu, Hawaii.

_____
United States Magistrate Judge
District of Hawaii

Bail fixed at $ _____ by _____
United States Magistrate Judge
District of Hawaii

---
RETURN
---

THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE-NAMED DEFENDANT AT _Pago Pago, American Samoa_

DATE RECEIVED: _9/29/03_

DATE OF ARREST: _9/29/03_

NAME AND TITLE OF ARRESTING OFFICER: _Chong S. Cho, SA FBI_

SIGNATURE OF ARRESTING OFFICER: _[signature]_