EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON #4532
Chief, Violent Crime Section

MARSHALL SILVERBERG #5111
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Telephone: (808)541-2850
Facsimile: (808)541-2958
E-Mail: Marshall.Silverberg@usdoj.gov

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 18 2005

at __ o'clock and __ min. __ M.
WALTER A.Y.H. CHINN, CLERK

LODGED

FEB 17 2005  3:15 p

CLERK, U. S. DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 03-00749 BMK |
| Plaintiff, ) | |
| vs. ) | ORDER FOR DISMISSAL |
| LI'A OLIONE, ) | |
| Defendant. ) | |

ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon, the United States Attorney for the District of Hawaii hereby dismisses the Complaint against LI'A OLIONE on the ground that the defendant was prosecuted by the State of Hawaii.

The defendant is not in federal custody on the dismissed charge listed above.

DATED: Honolulu, Hawaii, 2/17/05

EDWARD H. KUBO, JR.
UNITED STATES ATTORNEY
District of Hawaii

By /s/ Marshall H. Silverberg
MARSHALL H. SILVERBERG
Assistant U.S. Attorney

Leave of court is granted for the filing of the foregoing dismissal.

LESLIE E. KOBAYASHI
UNITED STATES MAGISTRATE JUDGE

United States v. LI'A OLIONE
Cr. No. 03-0749 BMK
Order for Dismissal